CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 19 2012

JULIA A. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILMER JEROME KNIGHT, | ) | CASE NO. 7:12CV00337 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| MR. VANOVER, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and § 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 19th day of October, 2012.

/s/ Glen E. Conrad
Chief United States District Judge